UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

CAINE J. WILLE,
        **Petitioner,**

v.                               Case No. 14-C-0482

WILLIAM POLLARD, Warden,
Waupun Correctional Institution,
        **Respondent.**

---

### ORDER

On July 25, 2014, the respondent filed a motion to dismiss Caine Wille's petition for a writ of habeas corpus. Under the briefing schedule I set in my order of May 24, 2014, Wille had 45 days to file a brief in opposition to the motion. That time has expired, and Wille has not filed a brief in opposition. Wille is hereby advised that unless he files a brief in opposition to the motion to dismiss on or before **October 17, 2014**, I will assume that the motion is unopposed and will grant it.

Dated at Milwaukee, Wisconsin, this 25th day of September, 2014.

                                      s/ Lynn Adelman
                                      _____
                                      LYNN ADELMAN
                                      District Judge